1
2
3
4                       UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6

7    NICHOLAS A. VENTURA,                    Case No.  25-cv-09167-LJC

8              Plaintiff,
                                             **REFERRAL FOR PURPOSE OF**
9         v.                                 **DETERMINING RELATIONSHIP**

10   ZS ASSOCIATES, INC., et al.,            Re: Dkt. Nos. 7, 8

11             Defendants.

12

13        Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

14   Honorable Judge Kim for consideration of whether the case is related to 25-cv-09163-SK.

15        **IT IS SO ORDERED.**

16   Dated: October 29, 2025

17   _____

18   LISA J. CISNEROS
     United States Magistrate Judge

19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California