UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS A. VENTURA,

    Plaintiff,

    v.

ZS Associates, Inc., et al.,

    Defendants.

Case No.  25-cv-09167-RS

**ORDER CONSOLIDATING CASES**

The Court *sua sponte* considers whether the above captioned matter and *Ventura v. IQVIA Inc.*, Case No. 3:25-cv-09163-RS, should be consolidated. A district court has broad discretion to consolidate actions involving "common issues of law or fact." Fed.R.Civ.P. 42(a); *Investors Research Co. v. U.S. Dist. Ct. for Cent. Dist. of Cal.*, 877 F.2d 777, 777 (9th Cir.1989). In exercising its broad discretion to order consolidation, a district court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. U.S.*, 743 F.2d 703, 704 (9th Cir.1984). These two matters arise from the concurrent removal by ZS Associates and IQVIA, Inc. of the same case, filed by Plaintiff in San Francisco Superior Court, Case No. CGC-25-628917, and so, plainly, they are based on the same issues of law and fact.[1] Accordingly, the cases are consolidated into one action. ZS Associate's motion to stay litigation in this matter in light of the appeal pending in Case No. 25-09163 is denied as moot.

---

[1] ZS Associates' removal was assigned Case No. Case No. 3:25-cv-09167-RS and Iqvia, Inc.'s removal was assigned Case No. 3:25-cv-09163-RS.

**IT IS SO ORDERED**.

Dated: June 12, 2026

_____
RICHARD SEEBORG
Chief United States District Judge